**ERNEST E. PESTANA, INC. and Joe D. Miller, a Joint Venture of San Jose, California, Plaintiffs and Appellees,**

v.

**ALOHA SANITARY DISTRICT and Unified Sewerage Agency of Washington County, Oregon, Appellants.**

No. 26092.

United States Court of Appeals, Ninth Circuit.

Feb. 17, 1971.

Carrell F. Bradley (argued), of Schwenn, Bradley & Barchelor, Hillsboro, Or., for appellant.

Daniel J. Seifer (argued), of Norman B. Kobin, of Kobin & Meyer, Robert C. Wall, of Reiter, Day, Wall & Bricker, Portland, Or., for appellee.

Before CHAMBERS, Circuit Judge, MADDEN, Judge of the United States Court of Claims, and DUNIWAY, Circuit Judge.

PER CURIAM:

Pestana, Inc., is a citizen of California and Aloha and Unified are citizens of Oregon. On this interlocutory appeal (28 U.S.C. § 1292) the sole issue involves the citizenship of plaintiff-appellee Joe D. Miller. Pestana and Miller assert a claim as joint venturers against Aloha and Unified.

In the district court Miller contended, as he must to sustain jurisdiction, that he was a citizen of California, and Aloha and Unified offered proof that he was a citizen of Oregon.

We reverse the district court's finding and order holding Miller to be a citizen of California, holding the determination to be clearly erroneous.

Reversed and remanded.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Ronald Paul BOLDEN, Appellant.**

No. 25638.

United States Court of Appeals, Ninth Circuit.

March 4, 1971.

Marcus O. Tucker, Santa Monica, Cal., for appellant.

Robert L. Meyer, U. S. Atty., David R. Nissen, Chief, Crim. Div., Darrell W. MacIntyre, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS, MERRILL and TRASK, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed.

There seems to be no indication in the record that Bolden ever exhausted his administrative remedies.